BEFORE THE SECOND DIVISION, JUNE 7, 1962

No. 66835.—Gross Plumbing & Rubber Company et al. *v.* United States, protests 59/26134, etc. (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of aerators in chief value of brass, not plated with platinum, gold, or silver, similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 7, 1962

No. 66836.—Lewis & Pina *v.* United States, protests 59/29932, etc. (Laredo).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66837.—Lewis & Pina *v.* United States, protests 60/27884, etc. (Laredo).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66838.—Mosaic Stone Company *v.* United States, protests 60/27894, etc. (Laredo).